IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  4:24-CR-8-002(CDL) |
| **DQWANZEO POLLARD** | |

## **ORDER**

On September 5, 2024, Dqwanzeo Pollard was sentenced by this Court to 18 months imprisonment (ECF No. 63) for Possession of a Firearm by a Convicted Felon. The Judgment in a Criminal Case was silent regarding recommended jail credit or the concurrent or consecutive relationship between the sentence and a State of Georgia parole revocation sentence imposed in Muscogee County, Georgia Superior Court case number SU14CR747.

After sentencing, Pollard requested jail credit on his federal sentence for time credited towards the above-referenced State of Georgia parole revocation sentence. Likewise, defense counsel requested an amended sentence ordering the federal sentence be served concurrently with the aforementioned Georgia sentence.

Having considered the request for state time crediting, the Court hereby DENIES a recommendation or other Order for such credit.

Having considered the request for concurrent imposition of the federal sentence with the state time, the Court hereby DENIES an amended sentence or other Order for concurrent designation.

**SO ORDERED,** this 25th day of March, 2025.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA